UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL F. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. HEALY, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05871-NC　(RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

　　　A settlement conference was held on July 18, 2018, and the results of that proceeding are indicated below:

　　　(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　　　　　( X ) Plaintiff, Raul F. Garcia, Pro Se.

　　　　　(   ) Warden or warden's representative

　　　　　( X ) Office of the California Attorney General, Tobias George Snyder and Mr. Goldman.

　　　　　(   ) Other:

　　　(2) The following individuals, parties, and/or representatives did not appear:

　　　_____

　　　(3)　The outcome of the proceeding was:

　　　　　(   ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　　　　　(   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL F. GARCIA,

    Plaintiff,

v.

E. HEALY, et al.,

    Defendants.

Case No. 16-cv-05871-NC (RMI)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raul F. Garcia ID: C-27937
Ironwood State Prison C1-140/Lower
PO Box 2199
Blythe, CA 92226

Dated: July 25, 2018

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: *[signature]*
                              Gloria Knudson, Deputy Clerk to the
                              Honorable ROBERT M. ILLMAN