IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAUL F. GARCIA,**<br><br>Plaintiff,<br><br>v.<br><br>**E. HEALY, et al.,**<br><br>Defendants. | Case No. 16-cv 05871 NC (PR)<br><br>**[PROPOSED]** ORDER DISMISSING **ACTION WITH PREJUDICE**<br><br>Judge: Hon. Nathanael Cousins<br>Action Filed: October 11, 2016 |

Plaintiff Raul F. Garcia and Defendants E. Healy, C. Countess, N. McDowell, and R. Diaz have filed a stipulation dismissing this case with prejudice, with a request that the Court retain jurisdiction to enforce the settlement agreement under *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

IT IS ORDERED that this case is dismissed with prejudice, and that the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: May 6, 2019

_____
Nathanael
United [GRANTED — Judge Nathanael M. Cousins]

[Proposed] Order of Dismissal (16-cv 05871 NC (PR))